**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **LANCE WADE** | ) | |
| **CHRISTA WADE** | ) | **CASE NO. 08-11696** |
|       **DEBTORS** | ) | |
| **AND** | ) | |
| | ) | |
| **MARK H. FLENER** | ) | |
|       **TRUSTEE** | ) | **A.P. CASE NO. 09-_____** |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **SCOTT WADE** | ) | |
|       **DEFENDANT** | ) | |

## TRUSTEE'S COMPLAINT TO SELL JOINTLY OWNED PROPERTY

Come now Mark H. Flener, Trustee for Lance G. Wade and Christa Wade, and for his complaint to sell jointly owned property pursuant to 11 U.S.C. 363 states as follows:

**(1)** This Adversary Proceeding is a core proceeding as defined by 28 U.S.C. Section 157 and is being brought in connection with Lance G. Wade and Christa Wade's case filed under Chapter 7 of the Title 11 of the United States Code, being Case number 08-11696, now pending in this Court.

**(2)** This Court has jurisdiction over this matter pursuant to 11 U.S.C. Sections 157 and 1334.

**(3)** The debtor Lance Wade is the co-owner of property with the defendant Scott Wade, located in Russell County, KY and more specifically set forth in the attached general warranty deed as Exhibit "A".

**(4)** The Trustee seeks to sell at public auction the entire property

including the interest of the co-owner pursuant to 11 U.S. C. Section 363.

The jointly owned property should be sold in its entirety because: (a) partition in kind of such property among the estate and co-owner is impractical; (b) the sale of the estate's undivided interest in such property would realize signifantly less for the estate than sale of such property free of interest of such co-owner: (c) the benefit to the estate of a sale free of the interests of co-owner outweighs the detriment if any to such co-owner and (d) the property is not used in the  production, transmission, or distribution, for sale of electric energy or natural or synthetic gas or heat or light or power.

**WHEREFORE**, the Plaintiff requests all proper relief including an order of judgment of sale authorizing a sale of the entire property free and clear of the interest of the co-owner.

This 5th day of November, 2009.

/s/Mark H. Flener
Mark H. Flener
1143 Fairway Street, Suite 101
P.O. Box 8
Bowling Green, Kentucky 42102-0008
(270)783-8400