## GENERAL WARRANTY DEED

THIS DEED OF CONVEYANCE, made and entered into on this the *18th* day of *May*, 2006, by and between David Wade, Widower, of P.O. Box 110, Russell Springs, Kentucky 42642, Party of the First Part (hereinafter may be referred to as Grantor), and Scott Wade of 1229 Winding Chase Blvd., Winter Spring, FL 32708-6332 and Lance Wade of 1303 Hwy 1545, Russell Springs, Kentucky 42642, Parties of the Second Part (hereinafter may be referred to as Grantees).

WITNESSETH: That said party of the first part, for and in consideration of love and affection, do hereby give, devise, grant and bequeath all of his right title and interest to the property described herein unto the parties of the second part, their heirs and assigns, the following described property, to-wit:

A certain lot or parcel of land lying and being on the waters of Goose Creek in Russell County, Kentucky, and bounded and described as follows, to-wit:

TRACT I:
BEGINNING on two poplars, S. E. Wilkenson's corner;
thence an east course with S. E. Wilkenson's line 6 1/2 poles to a stone;
thence a south course to a stone and a beech marked as a pointer at the branch;
thence down the branch with its meanders 9 poles to a white oak, Pitman's corner;
thence with the branch about 70 poles to a sugartree and poplar;
thence N 28 E 25 poles to a buckeye in the branch;
thence up the branch with its meanders to two ashes, S. E. Wilkenson's corner;
thence with said line about 12 poles to the beginning.
Containing 34 acres, more or less.

Tract I BEING the same property conveyed to Lillian Roy from J. D. McClendon and Geneva Roy McClendon, his wife, by deed dated September 30, 1983, and recorded in Deed Book 96, Page 581, in the Russell County Clerk's Office, Jamestown, Kentucky.

Being the same property conveyed to David Wade and Vickie Wade, his wife from Gary Rexroat and Gwenda Rexroat, his wife, by deed as being recorded on July 22, 1999, and recorded in Deed Book 178, Page 91, in the Russell County Clerk's Office, Jamestown, Kentucky.

**TRACT II:**
**BEGINNING** on a stone;
 thence a north course 5 1/2 poles to a stone in right of way of North 80;
 thence a west course about 8 poles to a stone;
 thence a south course about 8 poles to a beech;
 thence an east course about 8 poles to the beginning.
 Containing 1/4 acre, more or less.

 **TRACT II BEING** the same property conveyed to Lillian Roy from Daisy Eads, single, by deed dated April 16, 1980, and recorded in Deed Book 85, page 436, in the Russell County Clerk's Office.

 Lillian Roy passed away on May 31, 1999, and pursuant to her Last Will and Testament recorded in Will Book 15, page 231, in the Russell County Clerk's Office, said property passed to Gary Rexroat and Vickie Wade, in fee.

 Being the same property conveyed to David Wade and Vickie Wade, his wife from Gary Rexroat and Gwenda Rexroat, his wife, by deed as being recorded on July 22, 1999, and recorded in Deed Book 178, Page 91, in the Russell County Clerk's Office, Jamestown, Kentucky.

 **This conveyance is made SUBJECT TO all covenants, conditions, restrictions and easements apparent or of record.**

 TO HAVE AND TO HOLD the same together with all appurtenances, thereunto belonging, unto the Second Parties, their heirs, and assigns, forever, with covenant of GENERAL WARRANTY.

## C E R T I F I C A T I O N

 We, David Wade, Widower, Grantor, and Scott Wade and Lance Wade, Grantees, do hereby certify that the above stated consideration of love and affection was the full, actual and correct value paid for the property herein conveyed. We further certify that, to the best of our knowledge and belief, the value of the property conveyed herein is eighty thousand dollars ($80,000.00) The Grantees joins this deed for the sole purpose of certifying the consideration pursuant to KRS Chapter 382.

 IN TESTIMONY WHEREOF, witness the signatures of the GRANTOR and GRANTEES, this the date first above written.

RE: DEED FROM DAVID WADE TO SCOTT WADE AND LANCE WADE:

GRANTOR:

_Ronald Wade_____
David Wade


GRANTEES:

_Scott Wade_____
Scott Wade


_Lance Wade_____
Lance Wade


STATE OF KENTUCKY

COUNTY AT LARGE

The foregoing instrument was on this day subscribed, sworn to and/or acknowledged to before me, _Lillie M Franklin_, a Notary Public, by David Wade, Widower, Grantor, who did so positively identify himself to me as same, on this the _15_ day of _May_, 200_6_.

_Lillie M Franklin_
Notary Public; State at Large
My Commission Expires: _10·15·09_


STATE OF KENTUCKY

COUNTY AT LARGE

The foregoing instrument was on this day subscribed, sworn to and/or acknowledged to before me, _Lillie M Franklin_, a Notary Public, by Lance Wade, Grantee, who did so positively identify himself to me as same, on this the _15_ day of _May_, 200_6_.

_Lillie M Franklin_
Notary Public; State at Large
My Commission Expires: _10·15·09_

577

RE: DEED FROM DAVID WADE TO SCOTT WADE AND LANCE WADE:

STATE OF FLORIDA

COUNTY AT LARGE

The foregoing instrument was on this day subscribed, sworn to and/or acknowledged to before me, Ginger Dennerle , a Notary Public, by Scott Wade, Grantee, who did so positively identify himself to me as same, on this the 8th day of May , 2006 .

_____
Notary Public; State at Large
My Commission Expires: 06/16/08

Ginger Dennerle
Commission #DD329562
Expires: Jun 16, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

THE UNDERSIGNED ATTORNEY HAS DRAFTED THIS INSTRUMENT ONLY, and is not responsible for reporting this transaction to any taxing authority, nor is the Deed of Conveyance a guarantee of clear or marketable title or a guarantee that the property or other descriptions are accurate or in the chain of title as it was PREPARED WITHOUT BENEFIT OF TITLE EXAMINATION BY.

_____
MARK L. McGAHA
Attorney at Law
P. O. Box 1418
Russell Springs, Kentucky 42642
(270) 866-3385

The foregoing instrument was duly lodged for record in the office of the Russell County Clerk this 18th day of May , 20___ and recorded in Deed Book 245 Page 534.
Lisha Popplewell County Clerk By: _____ D.C./e.c.

1400